**Kidane Sante SHULBE,**
**Plaintiff–Appellant,**

v.

**The State of MINNESOTA; Ashley Rose Henke; Safe Haven, Defendants–Appellees.**

No. 15–1367.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 28, 2015.

Filed Nov. 6, 2015.

Kidane Sante Shulbe, Hastings, MN, pro se.

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Kidane Shulbe appeals the district court's[1] dismissal of his complaint, in which he sought relief from an order entered in a state-court case and he sought damages for injuries allegedly resulting from that order. He has also filed in this court a motion seeking the removal of judges who were involved in the state-court proceedings. The district court dismissed Shulbe's complaint without prejudice upon concluding that, under the *Rook-er–Feldman*[2] doctrine, it lacked subject matter jurisdiction. Upon careful review of the record and Shulbe's arguments on appeal, we conclude that the dismissal was proper. *See Minch Family LLLP. v. Buffalo–Red River Watershed Dist.,* 628 F.3d 960, 965 (8th Cir.2010) (de novo standard of review); *see also* Fed.R.Civ.P. 12(h)(3) (if court determines at any time that it lacks subject matter jurisdiction, court must dismiss action); *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.,* 544 U.S. 280, 283–84, 125 S.Ct. 1517, 161 L.Ed.2d 454 (2005) (discussing *Rooker–Feldman* doctrine). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Shulbe's pending motion.

---

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

2. *See D.C. Ct.App. v. Feldman,* 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983); *Rooker v. Fid. Trust Co.,* 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923).